UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                            :
BONNIE KRAMER, ET AL.,                      :     CASE NO. 1:07-CV-1040
                                            :
              Plaintiffs,                   :
                                            :
       vs.                                  :     OPINION & ORDER
                                            :     [Resolving Doc. No. 38]
RTA- GREATER CLEVELAND                      :
REGIONAL TRANSIT AUTHORITY,                 :
                                            :
              Defendant.                    :
                                            :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

         Before the Court is a notice of compliance with this Court's order filed by Plaintiffs Bonnie

Kramer ("Kramer") and the Disabled Patriots of America, Inc. ("Disabled Patriots").  [Doc. 44.]

On November 20, 2007, the Court notified Plaintiffs of its intent to dismiss the claims of Plaintiff

Disabled Patriots with prejudice.  [Doc. 42.]  The Plaintiffs have informed the Court that they do not

oppose the Court's order and therefore now move to voluntarily dismiss Plaintiff Disabled Patriots

with prejudice from the case.  [Doc. 44.]  For all of the reasons stated in its November 20, 2007

opinion and order, this Court therefore **DISMISSES** with prejudice the claims of Plaintiff Disabled

Patriots of America, Inc.  Plaintiff Disabled Patriots is thereby dismissed from this case and Plaintiff

Kramer remains as the sole plaintiff therein.

         Accordingly, the Court **GRANTS** in part the Plaintiffs' motion to file a third amended

complaint.  Plaintiff Kramer may amend the case caption and modify the complaint to narrow the

scope of relief sought to remedial measures relevant to discriminatory barriers encountered by

Case No. 1:07-CV-1040
Gwin, J.

wheelchair bound individuals with disabilities that are similarly situated to Plaintiff Kramer.

IT IS SO ORDERED.


Dated: November 26, 2007                    s/         *James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE